IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BERTHA BERKLEY                                                                  PLAINTIFF

V.                                                   CIVIL ACTION NO. 3:15-CV-110-SA-SAA

MIDFIRST BANK and
WILSON AND MASSEY LLC                                          DEFENDANTS

## FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Judgment on the Pleadings [23] is GRANTED. Plaintiff has failed to state a claim for relief that is plausible on its face pursuant to the Truth in Lending Act and Mississippi Consumer Protection Act.

Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 18th day of May, 2016.

                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**